## IN RE TAXES MAUI AGRICULTURAL COMPANY, LIMITED.

### No. 2238.

ARGUED JULY 8, 1938.                    DECIDED JULY 11, 1938.

PETERS, J., CIRCUIT JUDGE METZGER IN PLACE OF COKE, C. J.,
DISQUALIFIED, AND CIRCUIT JUDGE LE BARON
IN PLACE OF KEMP, J., DISQUALIFIED.

*Per Curiam.* This is a motion by the taxpayer for the entry of judgment herein. The government objects upon the ground, among others, that no statutory provision exists for the entry of judgment upon the final decision in this court of a statutory appeal from an assessment of personal property. In our opinion the objection is well-taken. Provisions of law pertinent to statutory appeals from assessments of personal property recognize the entry of a "final decision" in any case which has been appealed but not of a judgment. (2d Sp. S. L. 1932, Act 40, § 56.) And this has been done by the opinion filed in this case on June 13, 1938. It conforms in all respects with a "final decision" as that term is employed in the section cited.

*M. Cades* for the motion.

*J. V. Hodgson,* Attorney General, contra.